C-13-16(FTP)
(Rev. 6/04)

# UNITED STATED BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-07-81278  C-13D |
| Brenda Scurlock | ) | |
| | ) | ORDER |
| | ) | |
| Debtor(s) | ) | |

On January 3, 2008, a hearing was held on the Standing Trustee's Motion for dismissal of this case. At the hearing, the Trustee requested that the Motion be denied; therefore, it is

ORDERED that the Motion of the Standing Trustee for dismissal of this case is denied.

**PARTIES IN INTEREST**
**Page 1 of 1**
**07-81278 C-13D**

Brenda Scurlock
3600 Dixon Rd.
Durham, NC  27707

Florence A. Bowens, Esq.
PO Box 51263
Durham, NC  27717

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702